DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERNARD MONTGOMERY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-931

[July 13, 2023]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case Nos. 09-17834CF10A and 08-5334CF10A.

Bernard Montgomery, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

KLINGENSMITH, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***